UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.  8:14-cv-00057-JLS-AN                                      Date: August 29, 2018
Title:  Invensure Insurance Brokers Inc v. Duncan E Prince, et al.

Present: **HONORABLE JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

|   Terry Guerrero   |        N/A        |
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:      ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                                 Not Present

**PROCEEDINGS:   (IN CHAMBERS) ORDER DISMISSING ACTION**

On August 14, 2018, the Court ordered Plaintiff to file a written response concerning its intent to continue to prosecute this action within seven (7) days. Having received no such response, this matter is hereby ordered DISMISSED immediately.

**IT IS SO ORDERED.**

Initials of Preparer:  tg